**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2353

JANINE PERRY WEBER,

        Plaintiff - Appellee,

    v.

MELISSA SUE DANCY OLIVER,

        Defendant – Appellant,

    and

LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a Lincoln Financial Group,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:13-cv-00031-RGD-LRL)

Submitted: May 22, 2014         Decided: June 6, 2014

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan L. Stone, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, Steven G. Owen, COURTHOUSE LAW GROUP, Virginia Beach, Virginia, for Appellant. Samuel W. Meekins, Jr., Cartwright R.

Reilly, WOLCOTT RIVERS & GATES, Virginia Beach, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melissa Sue Dancy Oliver appeals from the district court's judgment granting Janine Perry Weber's motion to dismiss Oliver's claims against Weber. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Weber v. Oliver, No. 2:13-cv-00031-RGD-LRL (E.D. Va. Oct. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED